447 A.2d 655

Commonwealth v. Milliard, Appellant.

Submitted February 24, 1982. George Nejm Daghir, for appellant; James A. Meyer, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Order and judgment of sentence affirmed.